AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| Miguel Sillas, Maria Sillas, and Jose Sillas, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  CV 17-8691 FMO (AFMx) |
| City of Los Angeles, et al. - See Attached | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Los Angeles, Edgar Mejia, Matthew Mendez, Hainer Hernandez, Michael Marino, Vincenzo Averaimo, Alex Franco, Daniel Hughes, Jose Tejeda, John Padilla, Jeremy Massey, Daniel Kaminski, Arshavir Shaldjian, Ryan Schatz, Patrick Foreman, Rodolfo Rodriguez
Address for Defendant City of Los Angeles: 200 N. Main St., Suite 800, LA CA 90012
Address for Other Defendants: 100 W. First St., LA CA 90012


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James W. Spertus
Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry Gray
*CLERK OF COURT*

Date:  December 5, 2017

/s/ *Jennylam*
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# Attachment to Summons

**Attachment to Summons**

SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Elizabeth J. Lee (SBN 316119)
John Hanusz (SBN 277367)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711
jim@spertuslaw.com
elizabeth@spertuslaw.com
john@spertuslaw.com

Attorneys for Plaintiffs MIGUEL SILLAS,
MARIA SILLAS, and JOSE SILLAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SILLAS, MARIA SILLAS, and JOSE SILLAS, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, a municipal corporation; EDGAR MEJIA, an individual; MATTHEW MENDEZ, an individual; HAINER HERNANDEZ, an individual; MICHAEL MARINO, an individual; VINCENZO AVERAIMO, an individual; ALEX FRANCO, an individual; DANIEL HUGHES, an individual; JOSE TEJEDA, an individual; JOHN PADILLA, an individual; JEREMY MASSEY, an individual; DANIEL KAMINSKI, an individual; ARSHAVIR SHALDJIAN, an individual; RYAN SCHATZ, an individual; PATRICK FOREMAN, an individual; RODOLFO RODRIGUEZ, an individual; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. <br><br> **COMPLAINT FOR:** <br><br> (1) **UNREASONABLE SEARCH AND SEIZURE OF PROPERTY (42 U.S.C. §1983);** <br> (2) **DEPRIVATION OF PROPERTY WITHOUT DUE PROCESS;** <br> (3) **VIOLATION OF SUBSTANTIVE DUE PROCESS;** <br> (4) **MUNICIPAL LIABILITY FOR UNCONSTITUTIONAL CUSTOM OR POLICY (42 U.S.C. §1983);** <br> (5) **CONVERSION;** <br> (6) **TRESPASS AGAINST PERSONAL PROPERTY** <br><br> **JURY TRIAL DEMANDED** |

COMPLAINT