1/19 PAGES

AVENUES G/M "CREEPER"

# ARREST REPORT

| BKG NO. | BOOKING NO. | U.O. | LOC. BKD. | DR. LIC. NO. | STATE | MT |
|---|---|---|---|---|---|---|
| | 4691245 | | 4273 | D3211622 | CA | N |

EVID. RPT. [X] CRIME RPT. [ ]

IF MULTI. ARREST EVID. BKD. TO:

VICTIM'S NAME

UCR CODE / CC:

DR 16-11-11760 | LA

CII A23422307

MAIN 30083109 | FBI 372086DC7

CDC # AN6703 | PROBATION #

A.I. | CWWS | WARR | AJIS | RLSE | PAC | AWDI

| ARRESTEE'S LAST NAME | FIRST | MIDDLE | SUF. |
|---|---|---|---|
| SILLAS | MIGUEL | | |

ADDRESS 3367 FLETCHER DR | APT NO.

CITY LA | STATE CA

| SEX | DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE |
|---|---|---|---|---|---|---|---|
| M | H | BLK | BRO | 507 | 180 | 122686 | 29 |

VEHICLE LIC. NO. | STATE | R.D. 1124 | AKA: LAST- FIRST- OR NICKNAME: MONIKER CREEPER

BIRTHPLACE GLENDALE CA LA US | PROB. INV. UNIT 11 | JUV. DETAINED AT | AD. CHG. N

| DIVISION | DETAIL ARRESTING | DATE ARRESTED | TIME ARR. | TIME BKD. |
|---|---|---|---|---|
| 4211 | GED | 061016 | 2145 | 0454 |

LOCATION OF ARREST 3367 FLETCHER DR | BAIL 210000 | TOTAL BAIL NO BAIL

| TYP. | CHARGE & CODE | DEFINITION | WARRANT NO. |
|---|---|---|---|
| F | 25400(C)1PC | GNG MEM POSS GUN | |

ADMONITION OF RIGHTS (WHEN APPLICABLE) THE ADMONITION OF RIGHTS WAS READ VERBATIM FROM FORM 15.03.00 BY: SEE PAGE #4

CLEAR

GANG ENFORCEMENT UNIT GANG ARREST (stamp)

NAME SHALDJIAN | SERIAL NO. # 38710

ADDITIONAL CHARGES (ON ADDL. WARRS. LIST NO., COURT, AND BAIL, INCL. P.A.) PAROLEHOLD 3056PC NO BAIL

SOCIAL SECURITY NO. [redacted]

| ARRAIGN. DATE | TIME | COURT | LOCATION CRIME COMMITTED | R.D. | RESIDENCE PHONE NO. |
|---|---|---|---|---|---|
| 06/14/16 | 0830 | DIV 30 | SAA | SAME | 3232799904 |

EMPLOYER / SCHOOL

OCCUPATION / GRADE | PHY. ODD. TT 'AVES' LT ELBOW,TT 'AVENUES' RT BICEP

CLOTHING WORN WHI TANK,BLU SHORTS,BLK SNDLS | EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE | HOLD FOR:

LIST CONNECTING RPTS. BY TYPE & IDENTIFYING NOS. AFDR# 25602558 | VEHICLE USED (YEAR, MAKE, MODEL, TYPE, COLORS, LIC. NO., ID MARKS) | PASSENGERS M F

COMPLAINTS / EVID. OF ILLNESS / INJ-BY WHOM TREATED NONE | DRIVING VEH. (DIRECTIONS & NAME OF STREET) AT OR BETWEEN STREETS | RETAINED $ | CASH $ | DEPOSITED

SHOTS FIRED [ ] | USE OF FORCE [ ] | GND [ ]

INVOLVED PERSONS Code: V: VICTIM W: WITNESS P/A: ARRESTING PRIVATE PERS TO: TRUE OWNER R: PERSON RPTG. 459: S - PERSON SECURING D - PERSON DISCOVERING JUV: P - BOTH PARENTS G - GUARDIAN

| NAME | V & W'S | SEX | DESC. | D.O.B. | ADDRESS | CITY | ZIP | PHONE | DAY | X |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | R / B / E-MAIL | | | CELL | | |
| | | | | | R / B / E-MAIL | | | CELL | | |
| | | | | | R / B / E-MAIL | | | CELL | | |

COMBINED CRIME REPORT — IF MULTI. ARRESTEES THIS SECTION & ABOVE CRIME RPT. CHECK BOX IS COMPLETED ON ONLY ONE FACE SHEET. | TYPE OF OFFENSE | VICT'S OCCUPATION

DATE AND TIME CRIME OCCURRED | TYPE PROPERTY | TOTAL $ | EST. DAMAGE $ | TYPE PREMISES

459 / BFD ONLY-POINT AND METHOD OF ENTRY | WEAPON / FORCE / INSTRUMENT USED | TFV / BFV ONLY - VICT'S VEH. (YR, MAKE, TYPE, LIC.)

MO (UNIQUE ACTIONS)

[X] GANG RELATED [ ] MOTIVATED BY HATRED / PREJUDICE [ ] DOMESTIC VIOLENCE [ ] MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM

EXTRA COPY TO:

COMBINED EVID. RPT. — USE THIS SECTION IN LIEU OF PROPERTY REPORT IF ONLY ONE ARRESTEE, NO GUN, AND NO MORE THAN 2 ITEMS OF EVID. | LOC. EVID. BKD. | 10.10.00 GIVEN? (Y) N | Preliminary Drug Test | SUPV. / INV. OFCR. TESTING | SERIAL NO. | WITNESS OFCR. | SERIAL NO.

ITEM | QUAN. | ARTICLE | SERIAL NO. / TYPE TEST OF DRUG | BRAND / DRUG WEIGHT UNITS | MODEL NO. / DRUG TEST RESULTS | MISC.

SEE PROPERTY RPT

APPROVAL / REPORTING OFFICERS

SUPERVISOR APPROVING REPORT B. Tanks | SERIAL NO. 26150 | RAP SHEET ATTACHED [X] YES [ ] NO | REPORTING OFFICER(S) MENDEZ # 38402 | DIV & DETAIL NOE | VACATION

DATE & TIME REPRODUCED 6-12-16 | DIV 11 | CLERK | (P.P. ARREST OFCR. BKG. EVID. IF LISTED ON THIS PAGE) MEJIA # 38143 11G32

JUVENILE DISPO. Petition Request: [ ] DETAINED [ ] RELEASED [ ] NON-BOOK [ ] NON-BOOK WARR. | INVEST. OFCR. | SERIAL NO. | DIV.

FINAL CHARGE, IF DIFFERENT THAN ORIGINAL (SECTION, CODE & DEFINITION) | IF REFERRED, AGENCY & PERSON ACCEPTING REFERRAL | PROPERTY BOOKED? Y N IF YES, 10.08.00 COMPLETED? Y N | SUPERVISOR APPROVING | SERIAL NO.

JUV. COORD. REVIEWING | SERIAL NO.

11 [ ] C & R / 11 [ ] ACTION SUSP. / 14 [ ] PROVED ADULT | 13 [ ] EXON-INNOCENT / 12 [ ] REL-INSUF. EVID. / 03 [ ] COMMUNITY SERVICE | 04 [ ] CYA / 03 [ ] PROBATION / 05 [ ] OTH. LAW ENF. AGENCY | 18 [ ] JUV. TRAF. MISD. / 17 [ ] FIRE DEPT. / 10 [ ] DEPT. MENTAL HEALTH | 16 [ ] DCFS / [ ] OTHER | DATE/TIME DISPO. REPROD. | DIV. / CLERK

05.02.00 (01/15) E-FILE# 274695 ARREST REPORT INC# 160610005082

SILLAS-CITY 40

CONTINUATION SHEET

Los Angeles Police Department

| PAGE NO. | TYPE OF REPORT | BOOKING NO. | DR NO. |
|---|---|---|---|
| 2/19 | Arrest | 4691245 | 16-11-11760 |

| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

**Arrestee: Miguel Angel Sillas** **D.O.B. 12-26-1986**

**Gang: Avenues**

**Moniker: "Creeper"**

## Gang Expertise

My partner (Officer Mendez, Serial No. 38402) and I (Officer Mejia, Serial No. 38143) have been assigned to Northeast Divisions' **Gang Enforcement Detail** for approximately (10) months. Prior to my assignment to the Gang Enforcement Detail, I worked the Special Problems Unit (SPU) from 2010 through 2014, where I was tasked with assisting in gang crime suppression. During this time I testified in Superior Court of Los Angeles and was acknowledged as a Court-Qualified Gang Expert involving Highland Park gang members. Since being assigned to the Gang Enforcement Detail my partner and I have testified and been acknowledged in Superior Court of Los Angeles as a Court-Qualified Gang Experts of the Avenues criminal street gang.

While attending the Los Angeles Police Academy, we received a block of instruction on Gang Awareness. In addition, I have attended the Los Angeles Police Departments' Basic Gang Awareness School (40 Hours) and completed the Institute of Criminal Investigations' Gang Investigative Course (40 Hours). Prior to joining the Northeast Gang Enforcement Detail, my partner and I have worked the Northeast community for approximately (8) years where we had daily custodial and non-custodial contact with gang members from numerous Northeast Area gangs, including the Avenues and Highland Park criminal street gangs.

While on Northeast Patrol and while working Northeast Gang Enforcement, we have been trained by numerous senior gang officers regarding the Avenues criminal street gang. My partner and I have participated in several probation and parole compliance checks at gang residences and of gang members during detentions and arrests. We have met with community members whose everyday lives are plagued by the Avenues criminal street gang. My partner and I keep abreast of the current Avenues gang activity by speaking with the Avenues gang members themselves, their victims, their neighbors, their rivals, their family members, and often their Parole and Probation Agents.

## Narcotics Expertise

My partner and I attended the Los Angeles Police Department Academy where we received instruction on the detection, possession, packaging, sales and distribution of narcotics and their related paraphernalia. Additionally, my partner and I, in our 10-year careers with the Los Angeles Police Department have both participated in numerous detentions, arrests, and prosecutions of narcotics suspects.

SG 35664

Los Angeles Police Department

CONTINUATION SHEET

| PAGE NO. | TYPE OF REPORT | BOOKING NO. | DR NO. |
|---|---|---|---|
| 3/19 | Arrest | 4691245 | 16-11-11760 |

| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

## Source of Activity

On Friday, June 10, 2016, at approximately 2120 Hours, my partner (Officer Mendez, Serial No. 38402) and I (Officer Mejia, Serial No. 38143) were working in full LAPD uniform, driving marked black and white police vehicle, assigned to Northeast Divisions' **Gang Enforcement Detail, Unit 11G32.**

Our Gang Enforcement Detail conducted a Parole Compliance Check of Miguel Angel Sillas, on Active Parole for offense of California Penal Code section 245 (A) (4), Assault with a Deadly Weapon (ADW).

**Incident No. 160610005082, Reporting District 1124.**

## Investigation

Upon arrival to 3367 Fletcher Drive, Unit No. 01, (Los Angeles, CA 90065), Parolee Sillas' documented and verified Parole address, we knocked and announced our presence and intention to conduct the compliance check. Initially, Sillas hesitated in exiting the unit and was seen running seemingly excited and desperate from room to room throughout his residence. Eventually, Sillas submitted to the compliance check and exited his residence, along with the parolees' mother, father and uncle (Maria Sillas, Jose Sillas and Nicholas Sillas) whom also reside within 3367 Fletcher Drive, Unit No. 01.

Gang Enforcement Detail Officers (Hernandez, Serial No. 40101, Marino, Serial No. 39351, Averaimo, Serial No. 38667, Franco, Serial No. 38990, Hughes, Serial No. 40338, Tejeda, Serial No. 40004, Padilla, Serial No. 39168, Massey, Serial No. 40785, Kaminski, Serial No. 40821) proceeded to enter the residence and assist in the compliance check. As we entered the location, Officer Mendez noticed that there was an orange colored electrical cord leading from within the residence out through the front door and to a garage unit located behind the residence unit. Further, I noticed that there was surveillance cameras installed throughout the exterior of the unit and the attached wires also led to the interior of the same garage unit. While visually inspecting such, Miguel Sillas spontaneously stated, "There's a .38 in my closet!" This statement seemed out of character for a Parolee to make. Given our experience, it raised suspicion about what we were initially noting of the garage unit. So, as a result of such, and Maria Sillas' confirmation that the garage unit belonged to them, the unit was secured pending a check after the completion of the one within the residence. It should also be noted that Sillas' damaged vehicle was parked directly in front of the mentioned garage unit.

While conducting the search within the residence, specifically Miguel Sillas' bedroom, Officer Kaminski discovered Item No. 02, a ***loaded*** (Five, .38 caliber rounds) Smith & Wesson .38 caliber revolver from within a men's' shoe box located within Miguel Sillas' bedroom closet. Further, Officer Kaminksi located and seized Item No. 14, three keys within a ring, also within a shoe box located in the same closet. Officer Hernandez seized the revolver and rendered it "safe." Officer Franco seized the keys and utilized one to unlock Item No. 12 (Sentry Safe), which Officer Shaldjian, Serial No. 38710, had discovered underneath Sillas' bed. U.S. Currency in an undetermined amount was seized from within this safe **(see corresponding Property Report and Receipt for Property Taken Into Custody).**



Los Angeles Police Department

CONTINUATION SHEET

| PAGE NO. | TYPE OF REPORT | BOOKING NO. | DR NO. |
|---|---|---|---|
| 4/19 | Arrest | 4691245 | 16-11-11760 |

| ITEM NO. | QU AN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

Officer Massey discovered and seized Item No. 08, a ballistic vest, from within another closet space of the bedroom. Further, Item No. 13, a Sentry Safe, was discovered within the residence's laundry room, which Miguel Sillas readily has access to. I opened the safe, using the key from the key-ring (Item No. 14) where we discovered an additional undetermined amount of U.S. Currency. Officer Mendez seized and secured the locked safe and its contents as evidence.

While checking the corresponding garage unit, I observed that the wires that ran from the home were connected to a surveillance system within the garage. Within the garage, I located and seized Item No.'s 01, 03-07, 09-11, 15-17 (a ***loaded*** Shotgun contained within a guitar case, shotgun ammo, ammo magazines loaded with 15 rounds of live ammo each, a gun case containing the magazines, an ammo box containing the additional live ammo and one spent casing). Officer Marino rendered the shotgun safe and I seized the shotgun shells and a black mask **(see corresponding Property Report and Receipt for Property Taken Into Custody)**.

Given the circumstances, Miguel Sillas was taken into custody.

**Canvassing**

Officers searched the area for additional contraband prior to leaving the scene.

**Arrest**

Sillas was placed under arrest for violation of section 25400 (C) (1) of the California Penal Code: Gang Member in Possession of a ***Loaded*** Firearm, and transported to Northeast Station.

Officer Shaldjian, per LAPD Form 15.03, admonished Arrestee Sillas, to which he responded, "Yes," "Yes," "Yes," "Yes," and "No."

**Injury/Medical Treatment**

None.

**Booking**

Arrestee Sillas was booked for violation of section 25400 (C) (1) of the California Penal Code: Gang Member in Possession of a ***Loaded*** Firearm, at the Metropolitan Detention Center per the approval of Northeast Division Watch Commander, Sergeant-II Armas, Serial No. 25263, and per the advice of Detective Torres, Serial No. 26087.

Prior to booking, and per the approval of Sergeant Armas, Serial No. 25263, Officer Hernandez, Serial No. 40986, conducted a Visual Body Cavity/Strip search of Arrestee Sillas, with negative results.

**Photographs/Recordings/Videos/DICV/Digital Imaging**

I, Officer Mejia Serial No. 38143, took (64) digital photographs depicting the locations of and evidence seized, and they were subsequently booked into Photographic Record at Northeast Station under D# 0585275.

38143

CONTINUATION SHEET

Los Angeles Police Department

| PAGE NO. | TYPE OF REPORT | BOOKING NO. | DR NO. |
|---|---|---|---|
| 5 / 19 | Arrest | 4691245 | 16-11-17760 |

| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

**Evidence**

Officer Kaminski discovered Item No. 02, a ***loaded*** Smith & Wesson .38 caliber revolver from within a shoe box located within Miguel Sillas' bedroom closet. Further, Officer Kaminksi located and seized Item No. 14, three keys within a ring, also within a shoe box located in the same closet. Officer Hernandez seized the revolver pistol and rendered it "safe." Officer Franco seized the keys and utilized one to unlock Item No. 12 (Sentry Safe), which Officer Shaldjian had discovered underneath Sillas' bed. U.S. Currency in an undetermined amount was seized from within this safe **(see corresponding Property Report and Receipt for Property Taken Into Custody).**

Officer Massey discovered and seized Item No. 08, a ballistic vest, from within another closet space of the bedroom. Further, Item No. 13, a Sentry Safe, was discovered within the residence's laundry room. I opened the safe (using the key from the key-ring, Item No. 14) where we discovered an additional undetermined amount of U.S. Currency. Officer Mendez seized the locked safe and its contents as evidence.

Officer Massey seized $800.00 in U.S. currency from within a shoe organizer located in one of Sillas' bedroom closets (the one located beside the headrest bedpost). This Currency was secured by me and released to Detective Rodriguez.

While checking the corresponding garage unit, I observed that the wires that ran from the home were connected to a surveillance system within the garage. Within the garage, I located and seized Item No.'s 01, 03-07, 09-11, 15-17 (a ***loaded*** Shotgun contained within a guitar case, shotgun ammo, ammo magazines loaded with 15 rounds of live ammo each, a gun case containing the magazines, an ammo box containing the additional live ammo and one spent casing). Officer Marino rendered the shotgun safe and I seized the shotgun shells and a black mask **(see corresponding Property Report and Receipt for Property Taken Into Custody).** These items were secured and subsequently booked into evidence at Property Division.

It should be noted that Lieutenant Schatz, Serial No. 33944, while at the residence, oversaw the seizure of the U.S. Currency and its transportation to Northeast Station, pending an inspection by Narcotics K-9. The decision to complete this aspect of the investigation at Northeast Station was made due to the seemingly large amount of currency, the hostile gang area and the fact that Sillas' family member wanted to return to their residence as soon as possible. While at Northeast Station, Narcotics K-9, Officer Foreman, Serial No. 32267, and K-9 "Jess," No. 248, inspected the safes with currency and K-9 "Jess" indicated a Positive Scent Alert for the presence of narcotics.

Detective-III, Rodriguez, Serial No. 27638, of the Gang and Narcotics Divisions' Asset Forfeiture Investigative Detail responded and seized the undetermined amount of U.S. Currency from within each locked and secured safe and provided receipts for such (Item No's 18-21) Detective Rodriguez also provided me with an LAPD 10.10 Form (Receipt for Property Taken into Custody) for the seized U.S. Currency (Seizure Receipts No.'s A008910, A008911, A008912, A008913) from the Currency Bags used to collect the currency.

CONTINUATION SHEET

Los Angeles Police Department

| PAGE NO. | TYPE OF REPORT | BOOKING NO. | DR NO. |
|---|---|---|---|
| 6/19 | Arrest | 4691245 | 16-11-11760 |

| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

Arrestee Sillas was provided with an LAPD 10.10 Form (Receipt for Property Taken into Custody) for the items seized as evidence.

Latex gloves were used to seize and secure the evidence and were when the shotgun and handgun were subsequently booked as "Hold for Prints."

## Additional Information

Arrestee Sillas is on Active Parole and Agent Ortiz, Serial No. 4949, of the California Department of Corrections and Rehabilitation (CDCR) placed a Parole Violation Hold of Sillas for non-compliance of his Parole Conditions.

**Request additional filing for:**

**California Penal Code Section 186.22—Gang Enhancement,** due to Sillas being an *ACTIVE* member of the Avenues criminal street gang. Sillas admitted to my partner and me that he is an Avenues gang member. During this incident, Sillas was in Avenues gang territory.

It is my opinion that the U.S. Currency seized during this incident is derived from the illicit narcotics sales and distribution. I render this opinion for several reasons. First, Sillas' residence is equipped with a surveillance system whose monitoring is not limited to the immediate residence. Instead, it manages to capture activity of traffic and the access route leading to the residence despite it being located to the rear of the property. This is indicative of counter-surveillance measures which narcotics suspects use to alert them of a police presence, rivals, collectors, or potential buyers of narcotics.

Second, the presence of live ammo, the shotgun, and the pistol also indicate that Sillas' was equipped to protect a narcotics operation. The presence of firearms also helps to deter neighbors or others from disrupting the illicit narcotics business, as it serves as intimidation of neighbors or anyone who could threaten such.

The seemingly large quantities of currency suggest that aside from the sales and distribution of narcotics, collection and "taxation" of narcotics revenue is occurring.

During these gang wars, Avenues, Highland Park, and Cypress Park gang members have been victims of multiple shootings. Gang members are known to carry weapons in order to protect their neighborhood from rival gangs, and to assault rival gang members. Furthermore, gang members utilize firearms to protect and promote their illicit business activities such as the sales and distribution of narcotics.

In our opinion, Sillas is an active member of the Avenues criminal street gang and is expected to "put in work" for the gang. Part of this expectation is to sell and distribute narcotics and protect and promote the revenue generating operation. The possession of the firearms allow Sillas to assault rival gang members, protect his operation from rival gang members, and to cause fear and intimidation within the community by brandishing or using such weapons so as intimidate and deter reporting to law enforcement.

Further, Sillas identifies himself as an active gang member and has adopted the following Avenues gang-related tattoos:

**Right Arm: Skulls and "LA," "Aves" tattoos.**



CONTINUATION SHEET

Los Angeles Police Department

| PAGE NO. | TYPE OF REPORT | BOOKING NO. | DR NO. |
|---|---|---|---|
| 7/19 | Arrest | 4691245 | 16-11-11760 |

| ITEM NO. | QU AN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

**Left Arm: Skulls and "Cypress Aves," "90065" tattoos.**

**Chest: Tattoos depicting skulls.**

**Back: "Avenues" tattooed across his back and the Avenues gang tattoo of the skull with a fedora underneath.**

**Left Leg: "1," "Aves" Tattoos.**

**Right Leg: "3" Tattoo.**

In my opinion the firearms and undetermined U.S Currency are used and derived from illicit narcotics-related activity. My opinion is based on the fact that Sillas' has demonstrated willingness and ability to engage in illicit activity related to money and prohibited drugs. Sillas is on active Federal Probation for convictions related to currency counterfeiting and possession of dangerous drugs. Sillas has also been arrested for the illegal possession of narcotics for sale and transport, as well as possession of assault weapons. Ultimately, the purpose of gang members engaging in narcotics sales and protecting narcotics operations with guns is to produce revenue.

The Avenues criminal street gang was formed in the early 1940's in Northeast Los Angeles, in the area of Glassell Park and Eagle Rock. The gang name was chosen due to the Avenue streets that run along Eagle Rock Boulevard and Figueroa Street. My partner and I have dealt with members of the Avenues criminal street gang on numerous occasions in both custodial and non-custodial settings. We know that the Avenues criminal street gang is involved in numerous crimes including weapons violations, narcotic sales and distribution, and murder.

**Request additional filing for:**

***25400 PC—Possession of a Firearm, not the Registered Owner per the Department of Justice.**

***626.9 PC—Possession of a Firearm within close proximity to a School Zone.**

***31360 PC—Possession of Body Armor by a Convicted Felon.**

***30305 (A) PC—Unlawful Possession of Ammo by a Convicted Felon.**

**Predicates:**

My partner and I have been in the Northeast Gang Enforcement Detail for (10) months.
We are aware that Avenues gang members have been involved in criminal activity in the Eagle Rock, Glassell Park, and Highland Park communities that includes weapons violations, narcotic sales, and murders. During the subsequent investigation of this incident, we have formed the opinion that this incident is gang-related due to the fact that the suspect committed the crime in furtherance of, and to promote the Avenues criminal street gang. My partner and I are responsible for monitoring the activities of Avenues and Cypress Park gang members in the Northeast area of Los Angeles.



CONTINUATION SHEET

Los Angeles Police Department

| PAGE NO. | TYPE OF REPORT | BOOKING NO. | DR NO. |
|---|---|---|---|
| 8/18 | Arrest | 4691245 | 16-11-11760 |

| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

My partner and I are aware of prior criminal activity by Avenues gang members, in particular, Superior Court Case No. BA412775 involving Martin "Heavy" Pallares. Pallares was an active Avenues gang member when he was convicted of Assault with a Deadly Weapon committed on or about 06-22-2013. Pallares was convicted of 245(a) (2) PC.

My partner and I are also of Superior Court Case No. BA374863, involving Edwin Pereira. Pereira was an active Avenues gang member when he was convicted of Attempt Murder committed on or about 08-15-2010. Pereira was convicted of 664-187 (A) P.C.

## Court Information

My partners (Officer Mendez, Serial No. 38402, Officer Kaminski, Serial No. 40821, Officer Massey, Serial No. 40785, Officer Franco, Serial No. 38990, Officer Shaldjian38710, Detective Rodriguez, Serial No. 27638, Officer Foreman, Serial No.32267) and I (Officer Mejia, Serial No. 38143) are assigned to Northeast Divisions' **Gang Enforcement Detail** and we can testify to our involvement in this investigation.

86356

Los Angeles Police Department
**PROPERTY REPORT**

Page 9 of 18

IF EVIDENCE CONT., COMPLETE SHADED AREAS ONLY. IF NOT EVID. CONT., COMPLETE ENTIRE FORM.

☑ NARC ☑ FIREARM ☐ SEARCH ☑ MONEY — TOTAL U.S. CURR BKD. — EVID ☑ NON-EVID ☐ ONLY 1 CATEGORY PER REPORT

IF RELATED TO PREV BKD EVID, USE THAT DR: DR 16-11-11760

DATE AND TIME OF THIS REPORT: | DATE PROPERTY BKD.: | IF RELATED TO PREVIOUSLY BOOKED EVIDENCE, ORIG. EVID. BKD. TO (IN THIS CASE COMPLETE ENTIRE REPORT): | DATE ORIG. EVID. TAKEN INTO CUSTODY:

RESIDENCE ADDRESS: 3367 Fletcher Dr #1 Los Angeles CA 90065

ARRESTEE ☑ EVID. CONT OF ARREST REPORT: Sillas, Miguel — DOB: 12/26/1986

CHARGE BKD. DR: — BKG. #:

RESIDENCE ADDRESS (BUS. ADDRESS IF VICT. IS BUSINESS): — VICTIM ☐ EVID CONT OF PIR (IF NO ARRESTEE)

R - ☐ B - ☐ R - ☐ B - ☐

RESIDENCE ADDRESS: — ☐ OWNER OR IF UNKNOWN ☐ FINDER/POSSESSOR

AREA OR CITY, & DATE CRIME OCCUR.: | TYPE OF PREMISES: | DEPT. EMPLOYEE IF BOOKED TO: | SERIAL NO.: | DIVISION: | IF FIREARM, CRT CHECKS: AFS YES ☐ NO ☐ NCIC YES ☐ NO ☐

IS THIS STOLEN PROPERTY? ☐ YES ☐ NO — PROBABLE CRIME ☑ FELONY ☐ MISD. — DATE & TIME PROP FOUND TAKEN INTO POLICE CUSTODY - LOCATION -: 05/10/2016 22:30 3367 Fletcher Dr #1 Los Angeles 90065 — RD. OR CITY IF OUTSIDE:

IS THIS FOUND PROPERTY? ☐ YES ☐ NO — DATE & TIME FOUND PROPERTY DISCOVERED: — -LOCATION DISCOVERED-: — RD. OR CITY IF OUTSIDE:

INVESTIGATIVE UNIT: | PROP. BKD. AT: Prop Div | NOTIFICATIONS - PERSONS & UNITS: VIPU C9422 | CONNECTING REPORTS - TYPE & DR:

**Use of Evidence Continuation: Use only with Arrest Report or, if no Arrest Report, with PIR. Do not use if evidence is related to previously booked evidence. To book evidence, staple this page on top of Arrest Face Sheet (or PIR Face Sheet, if no arrest) and forward with evidence.**

1 CIRCUMSTANCES (WHERE FOUND, BY WHOM, HOW MARKED, ETC.) EXPLAIN IF 10 10 00 NOT ISSUED. GIVE RESULTS OF CRT CHECKS ON FIREARMS
2 ITEMIZE PROPERTY (LIST NARCOTICS FIRST, THEN MONEY, FIREARMS, PROPERTY WITH SERIAL NUMBERS, AND OTHER PROPERTY. IF RELATED TO PREVIOUSLY BKD EVIDENCE, START WITH NEXT SEQUENTIAL ITEM NUMBER)
3 IS PROPERTY ELIGIBLE FOR IMMEDIATE DISPOSAL? YES ☐ NO ☒ IF YES, LIST ITEM #'S ——→ ENSURE AN "EXTRA COPY" IS FORWARDED TO THE PROPERTY DISPOSITION COORDINATOR (PDC) FOR INPUT INTO APIMS. IF PROPERTY IS ELIGIBLE FOR RELEASE, COMPLETE A PROPERTY DISPOSITION/UPDATE REQUEST, FORM 10 06 60, AND FORWARD IT TO THE PDC FOR INPUT INTO APIMS

The below listed items were recovered during a parole compliance check of the residence of Sillas, Miguel. Item #'s 1, 3-7, 9-11,15-17 were recovered from a detached garage of the residence by Ofcr Mejia #38143. Item #2 and #14 were recovered by Ofcr Kaminski #40821 from inside of a bedroom closet containing the susp's belongings. They were located inside of two seperate shoe boxes. Item #8 was recovered by Ofcr Massey #40785 from inside of a bedroom closet containing susp's belongings. Item #12 was recovered by Ofcr Shaldjian #38710 from underneath a bed in the susp's bedroom. I Ofcr Mendez #38402 recovered item #13 which was located inside of the laundry room of the residence. Item #'s 18-21 were issued by Det. Rodriguez #27638 after seizing an unknown amount of U.S. currency from inside of items 12 and 13.

| ITEM NO. | QUANT | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./DRUG TEST RESULT | MISC.-COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT. ARREST, INCL. NAME/BKG # FROM WHOM TAKEN |
|---|---|---|---|---|---|---|
| 1 | 1 | Shotgun | 9511579 | Charles Daly | Field | stainless steel shotgun with rubber stock and 18" barrel |
| 2 | 1 | Handgun | J932215 | Smith & Wesson | S&W Special | .38 cal stainless steel revolver w/bro wooden grips |
| 3 | 3 | Magazines | unk | Smith & Wesson | unk | chrome 9mm magazines |
| 4 | 115 | Ammo | unk | unk | 9mm | 9mm Rounds |
| 5 | 20 | Ammo | unk | Federal | .45 cal | .45 cal |

**Preliminary Drug Test** — SUPERVISOR/INVESTIGATING OFFICER TESTING: — SERIAL NO.: — WITNESSING OFFICER: — SERIAL NO.:

**Search Warrant Info** — DATE: — ISSUED BY JUDGE: — COURT NO.:

SUPERVISOR APPROVING: B. Pauls — SERIAL NO: 2150 — 10 10 00 ISSUED? YES ☑ NO ☐

DATE & TIME REPRODUCED: — DIVISION: — CLERK:

| REPORTING EMPLOYEE(S) | SERIAL NO. | DIV. | DETAIL |
|---|---|---|---|
| Mendez | 38402 | NOE | 11G32 |
| Mejia | 38143 | NOE | 11G32 |

PERSON REPORTING (SIGNATURE) X [signature] 38143

10.01.00 (03/12) — INC # 160610005082

EXTRA COPIES TO: ☐ CHECKS, CREDIT CARDS, ETC. (OCD, PLUS OVR) FORGERY/WLA DETS/AMBUR DETS, IF THEIR OCCURRENCE ☐ NARCOTICS (GND) ☐ FIREARM (DSVD & R & I, CRIMEPROP, TT SPVR)

PROPERTY REPORT

DR NO. 16-11-11760

| ITEM NO. | QUANT. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./DRUG TEST RESULT | MISC.-COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT. ARREST, INCL. NAME/BKG. # FROM WHOM TAKEN |
|---|---|---|---|---|---|---|
| 6 | 25 | Ammo | unk | Hornady | Critical Defense | .38 cal rounds |
| 7 | 1 | casing | unk | unk | 9mm | 9mm brass casing |
| 8 | 1 | ballistic vest | unk | Catalyst | unk | blue nylon ballistic vest |
| 9 | 1 | gun case | unk | G.P.S | unk | black nylon gun case |
| 10 | 1 | ammo box | unk | unk | unk | black plastic ammo box |
| 11 | 1 | black case | unk | unk | unk | black nylon zip up case |
| 12 | 1 | safe | unk | Sentry Safe | unk | black plastic safe |
| 13 | 1 | safe | unk | First Alert | unk | grey plastic safe |
| 14 | 3 | keys | unk | unk | unk | key ring containing (3) safe keys |
| 15 | 1 | guitar case | unk | unk | unk | black leather guitar case |
| 16 | 3 | shotgun shells | unk | Winchester | 12ga | black 12 gauge shotgun shells |
| 17 | 1 | ski mask | unk | unk | unk | black cloth ski mask |
| 18 | 1 | seizure receipt | A008910 | unk | unk | narcotics currency seizure receipt |
| 19 | 1 | seizure receipt | A008911 | unk | unk | narcotics currency seizure receipt |
| 20 | 1 | seizure receipt | A008912 | unk | unk | narcotics currency seizure receipt |
| 21 | 1 | seizure receipt | A008913 | unk | unk | narcotics currency seizure receipt |

LOS ANGELES POLICE DEPARTMENT

DR NO. 16-11-11760

# FIREARMS SUPPLEMENTAL PROPERTY REPORT

Department employees shall complete this form for the first firearm booked. This form shall become a page of the Property Report, Form 10.01.00, and continue the page numbering sequence. Additional firearms with the same possessor, associates, recovery location, and recovery date and time may be listed on the Continuation Sheet for Firearms Supplemental Property Report, Form 10.01.02, which shall become a page of the Property Report and continue the page numbering sequence. For additional associates, use appropriate copies of this form as needed.

**FIREARM DESCRIPTION**

| 1. ITEM | 2. MANUFACTURER | 3. TYPE * | 4. CATEGORY ** | 5. MODEL | 6. CALIBER | 7. BARREL LENGTH |
|---|---|---|---|---|---|---|
| 2 | Smith & Wesson | P | R | 38 S&W Special | 38 Special | 2.5" |

| 8. SERIAL NUMBER | 9. OTHER MARKINGS OR INFORMATION (Finish, Grips, etc.) | 10. COUNTRY OF ORIGIN | 11. IMPORTER (Name, City and State) |
|---|---|---|---|
| J932215 | stainless steel revolver w/ bro wooden grips | United States | Springfield, MA |

12. WAS FIREARM USED IN A CRIME? ☑ YES ☐ NO — NCIC CODE: 5212

13. WAS FIREARM SUSPECTED OF HAVING BEEN USED IN A CRIME? ☒ YES — NCIC CODE: 5212 — *REFER TO PAGE 2 FOR NCIC CODES

14. WAS FIREARM ILLEGALLY POSSESSED? ☑ YES ☐ NO ☐ UNK

15. WAS FIREARM REPORTED STOLEN? ☐ YES ☑ NO

**FIREARM POSSESSOR AND/OR ASSOCIATE INFORMATION**

| 1. NAME OF FIREARM POSSESSOR (Last, First, Middle) | 2. DOB | 3. PLACE OF BIRTH | 4. HT | 5. WT | 6. SEX | 7. RACE |
|---|---|---|---|---|---|---|
| Sillas, Miguel | 12/26/1986 | Los Angeles | 508 | 175 | M | H |

| 8. STREET ADDRESS | 9. APT. NO. | 10. CITY | 11. STATE | 12. ZIP CODE |
|---|---|---|---|---|
| 3367 Fletcher Dr | #1 | Los Angeles | CA | 90065 |

| 13. IDENTIFICATION TYPE (Driver License, DMV ID, Social Security Card, etc.) | 14. STATE | 15. IDENTIFICATION NUMBER |
|---|---|---|
| Driver License | CA | D3211622 |

| 1. NAME OF ASSOCIATE (Last, First, Middle) | 2. DOB | 3. PLACE OF BIRTH | 4. HT | 5. WT | 6. SEX | 7. RACE |
|---|---|---|---|---|---|---|
| | | | | | | |

| 8. STREET ADDRESS | 9. APT. NO. | 10. CITY | 11. STATE | 12. ZIP CODE |
|---|---|---|---|---|
| | | | | |

| 13. IDENTIFICATION TYPE (Driver License, DMV ID, Social Security Card, etc.) | 14. STATE | 15. IDENTIFICATION NUMBER |
|---|---|---|
| | | |

| 1. NAME OF ASSOCIATE (Last, First, Middle) | 2. DOB | 3. PLACE OF BIRTH | 4. HT | 5. WT | 6. SEX | 7. RACE |
|---|---|---|---|---|---|---|
| | | | | | | |

| 8. STREET ADDRESS | 9. APT. NO. | 10. CITY | 11. STATE | 12. ZIP CODE |
|---|---|---|---|---|
| | | | | |

| 13. IDENTIFICATION TYPE (Driver License, DMV ID, Social Security Card, etc.) | 14. STATE | 15. IDENTIFICATION NUMBER |
|---|---|---|
| | | |

| 1. NAME OF ASSOCIATE (Last, First, Middle) | 2. DOB | 3. PLACE OF BIRTH | 4. HT | 5. WT | 6. SEX | 7. RACE |
|---|---|---|---|---|---|---|
| | | | | | | |

| 8. STREET ADDRESS | 9. APT NO. | 10. CITY | 11. STATE | 12. ZIP CODE |
|---|---|---|---|---|
| | | | | |

| 13. IDENTIFICATION TYPE (Driver License, DMV ID, Social Security Card, etc.) | 14. STATE | 15. IDENTIFICATION NUMBER |
|---|---|---|
| | | |

**FIREARM RECOVERY INFORMATION**

| 1. DATE | 2. RD | 3. RECOVERING OFFICER'S SERIAL NO. | 4. PROB. INVEST. UNIT | 5. PENAL CODE SECTION | 6. CRIME TITLE |
|---|---|---|---|---|---|
| 06/10/2016 | 1124 | 40821 | NOE GED | | |

| 7. STREET ADDRESS | 8. APT NO. | 9. CITY | 10. COUNTY | 11. STATE | 12. ZIP CODE |
|---|---|---|---|---|---|
| 3367 Fletcher Dr | #1 | Los Angeles | Los Angeles | CA | 90065 |

* Use the following codes to denote the "Type" of weapon:

A - Cannon
B - Submachine Gun
C - Rifle/Shotgun Combination
G - Grenade
K - Rocket
M - Machine Gun
O - Mortar
P - Pistol
R - Rifle
S - Shotgun
T - Tear Gas Gun
V - Silencer
Z - All Others

** Use the following codes to denote the "Category" of weapon:

A - Automatic
B - Bolt Action
C - Carbine
D - Derringer
E - Side by Side
F - Flare Gun
G - Gas or Air
H - Flintlock
I - Semi-Automatic
J - Jet Propulsion
K - Blank Pistol
L - Lever Action
M - Machine
N - Launcher
O - Over/Under
P - Pump
Q - Antique
R - Revolver
S - Single Shot
T - Recoilless
U - Percussion
W - Three Barrels
X - 4 + Barrels

10.01.01 (10/14)

DR # 16-11-11760

LOS ANGELES POLICE DEPARTMENT

## CONTINUATION SHEET FOR FIREARMS SUPPLEMENTAL PROPERTY REPORT

Department employees shall complete the Firearms Supplemental Property Report, Form 10.01.01, for the first firearm. Additional firearms with the same possessor, associates, recovery location, and recovery date and time will be listed on this form. This form shall become a page of the Property Report, Form 10.01.00, and continue the page numbering sequence.

| 1. ITEM | 2. MANUFACTURER | 3. TYPE * | 4. CATEGORY ** | 5. MODEL | 6. CALIBER | 7. BARREL LENGTH |
|---|---|---|---|---|---|---|
| 1 | Charles Daly | S | P | Field | 12 Gauge 3" | 18" |

| 8. SERIAL NUMBER | 9. OTHER MARKINGS OR INFORMATION (finish, grips, etc.) | 10. COUNTRY OF ORIGIN | 11. IMPORTER (Name, City and State) |
|---|---|---|---|
| 9511579 | stainless steel, w/ black rubber stock & pump | Turkey | KBI-HBG Harrisburg, PA |

12. WAS FIREARM USED IN A CRIME? ☑ YES ☐ NO NCIC CODE: 5212
13. WAS FIREARM SUSPECTED OF HAVING BEEN USED IN A CRIME? ☒ YES NCIC CODE: 5212 * REFER TO PAGE 2 FOR NCIC CODES
14. WAS FIREARM ILLEGALLY POSSESSED? ☑ YES ☐ NO ☐ UNK 15. WAS FIREARM REPORTED STOLEN? ☐ YES ☑ NO

| 1. ITEM | 2. MANUFACTURER | 3. TYPE * | 4. CATEGORY ** | 5. MODEL | 6. CALIBER | 7. BARREL LENGTH |
|---|---|---|---|---|---|---|
| | | | | | | |

| 8. SERIAL NUMBER | 9. OTHER MARKINGS OR INFORMATION (finish, grips, etc.) | 10. COUNTRY OF ORIGIN | 11. IMPORTER (Name, City and State) |
|---|---|---|---|
| | | | |

12. WAS FIREARM USED IN A CRIME? ☐ YES ☐ NO NCIC CODE:
13. WAS FIREARM SUSPECTED OF HAVING BEEN USED IN A CRIME? ☒ YES NCIC CODE: * REFER TO PAGE 2 FOR NCIC CODES
14. WAS FIREARM ILLEGALLY POSSESSED? ☐ YES ☐ NO ☐ UNK 15. WAS FIREARM REPORTED STOLEN? ☐ YES ☐ NO

| 1. ITEM | 2. MANUFACTURER | 3. TYPE * | 4. CATEGORY ** | 5. MODEL | 6. CALIBER | 7. BARREL LENGTH |
|---|---|---|---|---|---|---|
| | | | | | | |

| 8. SERIAL NUMBER | 9. OTHER MARKINGS OR INFORMATION (finish, grips, etc.) | 10. COUNTRY OF ORIGIN | 11. IMPORTER (Name, City and State) |
|---|---|---|---|
| | | | |

12. WAS FIREARM USED IN A CRIME? ☐ YES ☐ NO NCIC CODE:
13. WAS FIREARM SUSPECTED OF HAVING BEEN USED IN A CRIME? ☒ YES NCIC CODE: * REFER TO PAGE 2 FOR NCIC CODES
14. WAS FIREARM ILLEGALLY POSSESSED? ☐ YES ☐ NO ☐ UNK 15. WAS FIREARM REPORTED STOLEN? ☐ YES ☐ NO

| 1. ITEM | 2. MANUFACTURER | 3. TYPE * | 4. CATEGORY ** | 5. MODEL | 6. CALIBER | 7. BARREL LENGTH |
|---|---|---|---|---|---|---|
| | | | | | | |

| 8. SERIAL NUMBER | 9. OTHER MARKINGS OR INFORMATION (finish, grips, etc.) | 10. COUNTRY OF ORIGIN | 11. IMPORTER (Name, City and State) |
|---|---|---|---|
| | | | |

12. WAS FIREARM USED IN A CRIME? ☐ YES ☐ NO NCIC CODE:
13. WAS FIREARM SUSPECTED OF HAVING BEEN USED IN A CRIME? ☒ YES NCIC CODE: * REFER TO PAGE 2 FOR NCIC CODES
14. WAS FIREARM ILLEGALLY POSSESSED? ☐ YES ☐ NO ☐ UNK 15. WAS FIREARM REPORTED STOLEN? ☐ YES ☐ NO

| 1. ITEM | 2. MANUFACTURER | 3. TYPE * | 4. CATEGORY ** | 5. MODEL | 6. CALIBER | 7. BARREL LENGTH |
|---|---|---|---|---|---|---|
| | | | | | | |

| 8. SERIAL NUMBER | 9. OTHER MARKINGS OR INFORMATION (finish, grips, etc.) | 10. COUNTRY OF ORIGIN | 11. IMPORTER (Name, City and State) |
|---|---|---|---|
| | | | |

12. WAS FIREARM USED IN A CRIME? ☐ YES ☐ NO NCIC CODE:
13. WAS FIREARM SUSPECTED OF HAVING BEEN USED IN A CRIME? ☒ YES NCIC CODE: * REFER TO PAGE 2 FOR NCIC CODES
14. WAS FIREARM ILLEGALLY POSSESSED? ☐ YES ☐ NO ☐ UNK 15. WAS FIREARM REPORTED STOLEN? ☐ YES ☐ NO

| * Use the following codes to denote the "Type" of weapon: | ** Use the following codes to denote the "Category" of weapon: |
|---|---|
| A - Cannon<br>B - Submachine Gun<br>C - Rifle/Shotgun Combination<br>G - Grenade<br>K - Rocket<br>M - Machine Gun<br>O - Mortar<br>P - Pistol<br>R - Rifle<br>S - Shotgun<br>T - Tear Gas Gun<br>V - Silencer<br>Z - All Others | A - Automatic<br>B - Bolt Action<br>C - Carbine<br>D - Derringer<br>E - Side by Side<br>F - Flare Gun<br>G - Gas or Air<br>H - Flintlock<br>I - Semi-Automatic<br>J - Jet Propulsion<br>K - Blank Pistol<br>L - Lever Action<br>M - Machine<br>N - Launcher<br>O - Over/Under<br>P - Pump<br>Q - Antique<br>R - Revolver<br>S - Single Shot<br>T - Recoilless<br>U - Percussion<br>W - Three Barrels<br>X - 4 + Barrels |

10.01.02 (10/14)

SILLAS-CITY 51

PAGE 13 OF 19

LOS ANGELES POLICE DEPARTMENT

# RECEIPT FOR PROPERTY TAKEN INTO CUSTODY

*** SAVE THIS RECEIPT***

DATE: 6/10/2016 TIME: 2230 DR NUMBER: 16-11-11760

☐ ADDRESS ☒ LOCATION PROPERTY TAKEN INTO CUSTODY

3367 FLETCHER DR LOS ANGELES 90065

NAME OF PERSON IN POSSESSION OF PROPERTY (LAST, FIRST, MI)

SILLAS, MIGUEL ANGEL

ADDRESS — STREET: 3367 FLETCHER DR — CITY: LOS ANGELES — ZIP: 90065

BOOKING NUMBER: 4691245 CHARGE: 25400(c)1 PC CAL DL, OR OTHER ID NO.: D3211622

OTHER IDENTIFYING INFORMATION

ITEM NUMBERS ON PROPERTY REPORT: #1 - #21

PROPERTY TAKEN - DESCRIPTION

GIVE EXACT AMOUNT OF CASH $

| QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC., COLOR, SIZE, INSCRIPTION, CALIBER, ETC. |
|---|---|---|---|---|---|
| 1 | Shotgun | 9611679 | Charles Daly | Field | stainless steel shotgun with rubber stock and 18" barrel |
| 1 | Handgun | J932215 | Smith & Wesson | S&W Special | .38 cal stainless steel revolver w/bro wooden grips |
| 3 | Magazines | unk | Smith & Wesson | unk | chrome 9mm magazines |
| 115 | Ammo | unk | unk | 9mm | 9mm Rounds |
| 20 | Ammo | unk | Federal | .45 cal | .45 cal |
| 25 | Ammo | unk | Hornady | Critical Defense | .38 cal rounds |
| 1 | casing | unk | unk | 9mm | 9mm brass casing |
| 1 | ballistic vest | unk | Catalyst | unk | blue nylon ballistic vest |
| 1 | gun case | unk | G.P.S | unk | black nylon gun case |

PROPERTY BOOKED TO - SAME AS POSSESSOR ☑

DIVISION OF BOOKING: NORTHEAST

SIGNATURE OF OFFICER ISSUING: MENDEZ [signature] SERIAL NUMBER: 38402 DIVISION: NOE DETAIL: 11632

**THIS RECEIPT DOES NOT CONSTITUTE RECOGNITION OF LEGAL TITLE TO ABOVE PROPERTY**

SIGNATURE OF PERSON IN POSSESSION OF PROPERTY (OPTIONAL)

10.10.00 (01/15)

**PROPERTY RELEASE (COMPLETE NEXT PAGE)**

PAGE 14 OF 75

LOS ANGELES POLICE DEPARTMENT

# RECEIPT FOR PROPERTY TAKEN INTO CUSTODY

*** SAVE THIS RECEIPT***

DATE: 6/10/2016 TIME: 2230 DR NUMBER: 16-11-11760

☐ ADDRESS ☒ LOCATION PROPERTY TAKEN INTO CUSTODY

3367 FLETCHER DR LOS ANGELES 90065

NAME OF PERSON IN POSSESSION OF PROPERTY (LAST, FIRST, MI): SILLAS, MIGUEL ANGEL

ADDRESS: 3367 STREET: FLETCHER DR CITY: LOS ANGELES ZIP: 90065

BOOKING NUMBER: 4691245 CHARGE: 25400(c)1 PC CAL DL, OR OTHER ID NO.: D3211622

OTHER IDENTIFYING INFORMATION:

ITEM NUMBERS ON PROPERTY REPORT: #1 - #21

## PROPERTY TAKEN - DESCRIPTION

GIVE EXACT AMOUNT OF CASH $

| QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC., COLOR, SIZE, INSCRIPTION, |
|---|---|---|---|---|---|
| 1 | ammo box | unk | unk | unk | black plastic ammo box |
| 1 | black case | unk | unk | unk | black nylon zip up case |
| 1 | safe | unk | Sentry Safe | unk | black plastic safe |
| 1 | safe | unk | First Alert | unk | grey plastic safe |
| 3 | keys | unk | unk | unk | key ring containing (3) safe keys |
| 1 | guitar case | unk | unk | unk | black leather guitar case |
| 3 | shotgun shells | unk | Winchester | 12ga | black 12 gauge shotgun shells |
| 1 | ski mask | unk | unk | unk | black cloth ski mask |
| 1 | seizure receipt | A008910 | unk | unk | narcotics currency seizure receipt |
| 1 | seizure receipt | A008911 | unk | unk | narcotics currency seizure receipt |
| 1 | seizure receipt | A008912 | unk | unk | narcotics currency seizure receipt |
| 1 | seizure receipt | A008913 | unk | unk | narcotics currency seizure receipt |

PROPERTY BOOKED TO - SAME AS POSSESSOR ☒

DIVISION OF BOOKING: NORTH EAST

SIGNATURE OF OFFICER ISSUING: MENDOZ [signature] SERIAL NUMBER: 38402 DIVISION: NOE DETAIL: 11632

**THIS RECEIPT DOES NOT CONSTITUTE RECOGNITION OF LEGAL TITLE TO ABOVE PROPERTY**

SIGNATURE OF PERSON IN POSSESSION OF PROPERTY (OPTIONAL)

10.10.00 (01/16)

**PROPERTY RELEASE (COMPLETE NEXT PAGE)**

PAGE 15 OF 18

LOS ANGELES POLICE DEPARTMENT

# RECEIPT FOR PROPERTY TAKEN INTO CUSTODY

*** SAVE THIS RECEIPT***

DATE: 6-11-16 TIME: 0420 DR NUMBER: 16-11-11760

☐ ADDRESS ☐ LOCATION PROPERTY TAKEN INTO CUSTODY: NOE STATION

NAME OF PERSON IN POSSESSION OF PROPERTY (LAST, FIRST, MI): SILLAS, MIGUEL

ADDRESS STREET CITY ZIP

BOOKING NUMBER CHARGE CAL DL, OR OTHER ID NO.

OTHER IDENTIFYING INFORMATION ITEM NUMBERS ON PROPERTY REPORT

PROPERTY TAKEN - DESCRIPTION GIVE EXACT AMOUNT OF CASH $

| QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC., COLOR, SIZE, INSCRIPTION, CALIBER, ETC. |
|---|---|---|---|---|---|
| 4 | Currency Bag | A009913 | (CLOSET) | | Containing undetermined amount of US currency |
| | | | | | in various denominations. |
| | | | | | |
| | | A009912 | (FROM | SAFE | |
| | | | BY THE LAUNDRY | | |
| | | A009911 | ROOM | CLOSET) | |
| | | | | | |
| | | | | | |
| | | A009910 | (SAFE UNDER | | |
| | | | BED IN BEDROOM) | | |
| | | | | | |

PROPERTY BOOKED TO - SAME AS POSSESSOR ☐ DIVISION OF BOOKING

SIGNATURE OF OFFICER ISSUING: [signature] (RODRIGUEZ) SERIAL NUMBER: 27638 DIVISION: GND DETAIL: AFID

**THIS RECEIPT DOES NOT CONSTITUTE RECOGNITION OF LEGAL TITLE TO ABOVE PROPERTY**

SIGNATURE OF PERSON IN POSSESSION OF PROPERTY (OPTIONAL)

10.10.00 (10/13)

**PROPERTY RELEASE (COMPLETE NEXT PAGE)**

**SILLAS-CITY 54**

16 | 19

FOR INFORMATION REGARDING PROPERTY RELEASE, CONTACT THE DETECTIVE DIVISION INDICATED BY AN "X" BELOW, BETWEEN THE HOURS OF 7:30 A.M. AND 3:30 P.M., MONDAY THROUGH FRIDAY.

16-11-11760

Contact Information for LAPD Detective Divisions is also available at www.lapdonline.org or by calling (877) ASK-LAPD.

If your address changes or you have no permanent address, it is your responsibility to contact the appropriate detective Area after case adjudication (i.e., case rejected, sentenced to county jail or state prison, placed on parole or probation). Please be advised that if property taken into custody, which may lawfully be released, is not claimed within 90 days after the case has been adjudicated, the property is subject to disposal.

| DETECTIVE DIVISIONS | PHONE NOS. | TDD NOS. |
|---|---|---|
| ☐ CENTRAL - 251 EAST 6th STREET, LOS ANGELES 90014 | (213) 972-1200 | (213) 485-9619 |
| ☐ DEVONSHIRE - 10250 ETIWANDA AVENUE, NORTHRIDGE 91325 | (818) 832-0609 | (818) 832-0665 |
| ☐ FOOTHILL - 12760 OSBORNE STREET, PACOIMA 91331 | (818) 834-3115 | (818) 756-8861 |
| ☐ HARBOR - 2175 JOHN S. GIBSON BLVD., SAN PEDRO 90732 | (310) 726-7900 | (310) 726-7706 |
| ☐ HOLLENBECK - 2111 EAST 1st STREET, LOS ANGELES 90033 | (323) 342-8900 | (323) 224-0125 |
| ☐ HOLLYWOOD - 1358 NORTH WILCOX AVENUE, LOS ANGELES 90028 | (213) 972-2967 | (213) 485-9899 |
| ☐ MISSION - 11121 NORTH SEPULVEDA BLVD., MISSION HILLS 91345 | (818) 838-9810 | (818) 837-9868 |
| ☐ NEWTON - 3400 SOUTH CENTRAL AVENUE, LOS ANGELES 90011 | (323) 846-6383 | (323) 846-6535 |
| ☐ NO. HOLLYWOOD - 11640 BURBANK BLVD., NORTH HOLLYWOOD 91601 | (818) 754-8468 | (818) 756-9036 |
| ☑ NORTHEAST - 3353 SAN FERNANDO ROAD, LOS ANGELES 90065 | (323) 344-5702 | (213) 485-6407 |
| ☐ OLYMPIC - 1130 SOUTH VERMONT AVENUE, LOS ANGELES 90006 | (213) 382-9380 | (213) 382-4365 |
| ☐ PACIFIC - 12312 CULVER BLVD., LOS ANGELES 90066 | (310) 482-6313 | (310) 482-6419 |
| ☐ RAMPART - 1401 WEST 6th STREET, LOS ANGELES 90017 | (213) 484-3450 | (213) 484-3664 |
| ☐ 77TH STREET - 7600 SOUTH BROADWAY, LOS ANGELES 90003 | (213) 485-4175 | (213) 485-6409 |
| ☐ SOUTHEAST - 145 WEST 108th STREET, LOS ANGELES 90061 | (213) 972-7813 | (213) 485-9934 |
| ☐ SOUTHWEST - 1546 WEST MARTIN LUTHER KING BLVD., LOS ANGELES 90062 | (213) 485-6570 | (213) 485-1015 |
| ☐ TOPANGA - 21501 SCHOENBORN STREET, CANOGA PARK 91304 | (818) 756-4820 | (818) 756-5899 |
| ☐ VAN NUYS - 6240 SYLMAR AVENUE, VAN NUYS 91401 | (818) 374-0040 | (818) 785-6619 |
| ☐ WEST LOS ANGELES - 1663 BUTLER AVENUE, WEST LOS ANGELES 90025 | (310) 444-1580 | (866) 924-4208 |
| ☐ WEST VALLEY - 19020 VANOWEN STREET, RESEDA 91335 | (818) 374-7730 | (818) 705-1566 |
| ☐ WILSHIRE - 4861 VENICE BLVD., LOS ANGELES 90019 | (213) 922-8205 | (213) 485-2112 |
| **NARCOTICS** | | |
| ☐ VALLEY AREAS: VALLEY BUREAU FILING UNIT - 6240 SYLMAR AVENUE, VAN NUYS 91401 (Devonshire, Foothill, Mission, North Hollywood, Topanga, Van Nuys, West Valley) | (818) 374-0095 | (818) 785-6619 |
| ☐ ALL OTHER AREAS: NARCOTICS DIVISION FILING UNIT - 251 EAST 6TH STREET, LOS ANGELES 90014 | (213) 833-3710 | (877) 275-5273 |
| **OTHER** | | |
| ☐ | | |

## INSTRUCTIONS FOR COMPLETION

Evidence Taken From Arrestees: An employee seizing or taking custody of property must issue a Receipt for Property Taken into Custody, Form 10.10.00 (duplicate copy) to the person relieved of the property (Manual Section 4/645.20 and Section 10.10.00, accessible within the "Form Use" link, on LAPD E-Forms on the Department's LAN), Penal Code Sections 1412 and 4003. Any information that could be used for the crime of identity theft must be redacted. The original Form 10.10.00 must be included as a page of the original Property Report, Form 10.01.00; Release from Custody (RFC) Report Continuation, Form 05.02.08; or Arrest Report, Form 05.02.00, when evidence is listed.

Found Property: An employee seizing or taking custody of found property shall issue a Receipt for Property Taken into Custody, Form 10.10.00 (duplicate copy) to the person relieved of the property (Manual Section 4/645.20 and Section 10.10.00, accessible within the "Form Use" link, on LAPD E-Forms on the Department's LAN). State law provides that title to found property may vest in the finder if the owner does not come forward within 90 days after receipt by the police department, Civil Code Section 2080.3. If no claim is made by the owner or a finder within 97 days after booking, found property will be disposed of.

NOTE: Penal Code Section 18265 provides that firearms seized at the scene of a domestic dispute shall be available to the owner or possessor in no less than 48 hours, but no longer than 5 days after the seizure, if the firearm is not retained as evidence related to criminal charges or is illegally possessed.

Your Affiant, is Patrick Foreman, Serial No. 32267. Your affiant has been a Los Angeles Police Officer since 1995, and is currently assigned to Gang and Narcotics Division, K-9 Squad. Your Affiant has attended numerous classes, seminars, training lectures and on the job training in the field of narcotics given by other narcotics experts. These experts are from varied areas of narcotics enforcement including LAPD, DEA, ATF, FBI, and other agencies. Your Affiant, has attend and completed the Los Angeles Police Department 40- hour academy narcotic training (sales, packaging, usage); completed a 5-day narcotics course, put on by narcotics training unit; a post certify 2-day Narcotics training course for 11550 and 11552 H&S, loitering for the purpose of sales or purchasing narcotics. Your Affiant has worked in many different assignments that vary from plain clothes (under cover) narcotic and gang enforcement details, to full uniformed Drug Recognition Expert Task Force. Your Affiant has worked as a narcotic expert advisor for cases where Officers required additional expertise. Your Affiant has directly made, participated in, assisted in, or advised for over 1700 various narcotic related arrests/violations, the bulk of which were for sales of various controlled substances. Your Affiant has read training bulletins provided by his department, in addition to publications from other departments. Your Affiant has worked under and is currently working under the direction of senior narcotic enforcement officers. Your Affiant has interviewed over 2900 narcotic users and sellers on the methods obtaining, use, sales, and packaging of narcotics. Your Affiant has observed

first hand, the methods used by street dealers and users in the course of using narcotics, buying, selling, transportation, packaging for sales and sales of narcotics. Your Affiant is currently a member of CNOA (California Narcotic Officers Association). Your Affiant has testified in both Municipal and Superior courts of Los Angeles County in excess of 100 occasions. In addition, your affiant has testified in Federal court. Your Affiant has also testified as a narcotics expert in Municipal and Superior Courts of California.

In October 2012, your Affiant was assigned to the K-9 Squad. On December 10, 2014, your Affiant assumed the responsibility of Jess, K-9 #248, a LAPD Narcotics detection canine. Your Affiant's responsibilities consist of the care, training and handling of the K-9. Jess has received (970) hours of training, during which time she has successfully found over (3,350) training aids, which consists of actual narcotics. Jess alerts upon detecting the scent of narcotics for which she is trained. Jess will positively alert to the scent of heroin, cocaine, marijuana, methamphetamine, and opium. Her alert consists of physical and behavioral reactions, which includes a heightened emotional state in which she focuses on the source of the scent. Jess becomes very possessive of the area in which she has detects the narcotic scents for which she is trained. The Los Angeles Police Department and the National Police Canine Association (NPCA) have certified Jess and your Affiant as a team for use. Jess will positively alert her handler to the scent of heroin, cocaine, marijuana, methamphetamine and opium.

19/19

DR# 16-11-11760 19/19

Jess was placed into service in September 2012.

On June 11, 2016 your Affiant responded to a request for a narcotic detection K-9. Jess alerted to the scent of narcotics on or in:

Currency

I declare under the penalty of perjury that all of the above is true and correct. Executed at 0260 am/pm on the 11TH day of June 2016 in Los Angeles County.

Detective Patrick Foreman #32267

//

//

//

//

//

//

//

//

//

//

//

//