|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 11 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JOSE SILLAS; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>CITY OF LOS ANGELES, a municipal corporation,<br><br>        Defendant-Appellant,<br><br> and<br><br>EDGAR MEJIA; et al.,<br><br>        Defendants. | No. 22-55240<br><br>D.C. No. 2:17-cv-08691-FMO-AFM<br>Central District of California, Los Angeles<br><br>ORDER |

Pursuant to the terms of the parties' stipulation (Docket Entry No. 8), the appeal is dismissed without prejudice to reinstatement in the event the United States District Court fails to amend the Judgment and Permanent Injunction (Docket No. 156) in District Court Case No. 2:17-cv-08691-FMO-AFM.

Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of in the event the district court fails to amend the Judgment and Permanent Injunction. If no notice of reinstatement is filed and served, the appeal will be deemed dismissed with prejudice.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane G. Ashe
Circuit Mediator

2