SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Elizabeth J. Lee (SBN 316119)
Diane H. Bang (SBN 271939)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711
jim@spertuslaw.com
elizabeth@spertuslaw.com
diane@spertuslaw.com

*Attorneys for Plaintiffs Maria and Jose Sillas*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SILLAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV17-08691-FMO-(AFMx)<br><br>**PARTIES' JOINT SUBMISSION OF PROPOSED POLICY AND FORM PURSUANT TO THE AMENDED JUDGMENT AND PERMANENT INJUNCTION (DKT. 188)**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

*JOINT SUBMISSION OF PROPOSED POLICY AND FORM*

On June 13, 2022, the Court issued an Amended Judgment and Permanent Injunction ("Amended Judgment") (Dkt. 188), ordering the parties to "submit, for the Court's approval, a draft of the Form and Policy the parties have agreed upon." (*Id.* at ¶3.C.) The Parties have agreed on a proposed form and policy in accordance with the terms of the Amended Judgment. Attached hereto as Exhibit A is the "Instructions for Return of Property – Policy and Form", which the Parties jointly submit for the Court's approval.

Dated: July 13, 2022

Respectfully submitted,

SPERTUS, LANDES & UMHOFER, LLP

/s/ *Elizabeth J. Lee*
James W. Spertus, Esq.
Elizabeth J. Lee, Esq.
Diane H. Bang, Esq.
*Attorneys for Plaintiffs MARIA SILLAS and JOSE SILLAS*

***The filer of the document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.***

**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Assistant City Attorney
**SCOTT MARCUS**, Civil Branch Chief
**CORY M. BRENTE**, Senior Assistant City Attorney
**CHRISTIAN BOJORQUEZ**, Deputy City Attorney

/s/ *Rebekah Young*
REBEKAH YOUNG, Deputy City Attorney
*Attorneys for Defendant CITY OF LOS ANGELES*

1
*JOINT SUBMISSION OF PROPOSED POLICY AND FORM*